IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

D'MARCUS CHILDS                                                                       PLAINTIFF

v.                                       No. 5:15CV00227-JLH-JTK

JIMMY VAUGHN, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE